DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTINE SCOTT,**
Appellant,

v.

**STATE OF FLORIDA, RONALD DESANTIS, FLORIDA DEPARTMENT OF STATE, LAUREL LEE, FLORIDA DIVISION OF ELECTIONS, MARIA MATTHEWS, ASHLEY DAVIS, COLLEEN O'BRIEN, KRISTI WILLIS, CANDICE D. EDWARDS, BROWARD COUNTY, NATHANIEL KLITSBERG, BROWARD COUNTY SUPERVISOR OF ELECTIONS, PETER ANTONACCI, JOHN WAY, IVAN CASTRO, DANIEL REYES, BCSOE EMPLOYEE - SHARON, BCSOE EMPLOYEE 1, PALM BEACH COUNTY, ASHLEY HOULIHAN, PALM BEACH COUNTY SUPERVISOR OF ELECTIONS, WENDY SATORY LINK, SEAN WILLIAMS, AMBER SACHS, BROWARD COUNTY SHERIFF, GREGORY TONY, PUBLIX, HOME DEPOT, MICROSOFT, WALMART,** and **LOWES,**
Appellees.

No. 4D20-2220

[December 16, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-lisa Phillips, Judge; L.T. Case No. 20-10424 CACE (25).

Christine P. Scott, Deerfield Beach, pro se.

Andrew J. Meyers, Broward County Attorney, Adam Katzman, Senior Assistant County Attorney, Nathaniel Klitsberg, Senior Assistant County Attorney, and Joseph K. Jarone, Assistant County Attorney, Fort Lauderdale, for appellee Broward County Supervisor of Elections.

Alison Churly-Davis, General Counsel, and Sarah Carmen Prieto, Staff Attorney, Fort Lauderdale, for appellee Broward County Clerk of Courts.

Ashley D. Houlihan, General Counsel, West Palm Beach, for appellee Palm Beach County Supervisor of Elections.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***